ACCEPTED
01-15-00042-cr
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/1/2015 11:33:41 AM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00042-CR

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** | FILED IN<br>1st COURT OF APPEALS<br>HOUSTON, TEXAS |
| | § | | |
| **VS.** | § | **1st COURT** | 6/1/2015 11:33:41 AM |
| | § | | CHRISTOPHER A. PRINE |
| **MICHAEL BROWN** | § | **OF APPEALS** | Clerk |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Michael Brown, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case is on appeal from the 163rd Judicial District Court of Orange County, Texas.

2.     The case below was styled the State of Texas vs. Michael Brown, and numbered B-140,443-R.

3.     Appellant was convicted of Possession of a Controlled Substance.

4.     Appellant was assessed a sentence of Life on December 11, 2014.

5.     Notice of appeal was given on December 16, 2014.

6.     The clerk's record was filed on March 25, 2015; the reporter's record was filed on February 25, 2015.

7.     The appellate brief is presently due on May 26, 2015.

8.     Appellant requests an extension of time of 30 days from the present date, i.e. June 24, 2015.

9.     One extension to file the brief has been received in this cause.

10.    Defendant is currently ncarcerated.

11.    Appellant relies on the following facts as good cause for the requested extension:

The Attorney for Appellant has been laboring under a heavy caseload and requires more time to prepare said brief.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

CHRISTINE R BROWN-ZETO
Attorney at Law
1107 Green Avenue
Orange, Texas 77630
Tel: (409) 886-8558
Fax: (409) 883-6523

By: /s/ Christine R. Brown-Zeto
Christine R. Brown-Zeto
State Bar No. 03102200
crbrownzeto@sbcglobal.net
Attorney for Michael Brown

## **CERTIFICATE OF SERVICE**

This is to certify that on May 4, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Orange County, 801 Division, Orange, Texas 77630, by personal delivery.

/s/ Christine R. Brown-Zeto
Christine R. Brown-Zeto

**STATE OF TEXAS**    §
                      §
**COUNTY OF ORANGE**  §

## <u>AFFIDAVIT</u>

**BEFORE ME**, the undersigned authority, on this day personally appeared Christine R. Brown-Zeto, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."


/s/ <u>Christine R. Brown-Zeto</u>
Christine R. Brown-Zeto
Affiant


**SUBSCRIBED AND SWORN TO BEFORE ME** on May 4, 2015, to certify which witness my hand and seal of office.


/s/ <u>Chrystal Murphy</u>
Notary Public, State of Texas
My Commission Expires: June 2, 2018